[No. 52221-3-I.   Division One.   March 1, 2004.]

*In the Matter of the Marriage of* JOYCE TRICHAK, *Appellant,* and GEORGE TRICHAK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-08870-9, Douglass A. North, J., entered April 18, 2003. *Reversed* by unpublished per curiam opinion.

[No. 52238-8-I.   Division One.   March 1, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. J.R., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-8-04651-9, Suzanne M. Barnett, J., entered April 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52326-1-I.   Division One.   March 1, 2004.]

BADA RESTAURANTS, INC., ET AL., *Respondents,* v. HENTSCHELL & ASSOCIATES, INC., ET AL., *Appellants.*

Appeal from judgments of the Superior Court for King County, No. 01-2-25426-0, Michael J. Fox, J., entered March 28 and April 28, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52327-9-I.   Division One.   March 1, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT WALLACE BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-00262-0, Harry McCarthy, J. Pro Tem., entered May 2, 2003. *Affirmed* by unpublished per curiam opinion.